[No. 24815.   Department Two.   March 19, 1934.]

FLOYD B. STERRETT, *as Receiver, Respondent*, v. DEER PARK LUMBER COMPANY, *Appellant*.[1]

*Alex M. Winston, Roberts & Roberts*, and *Walter V. Swanson*, for appellant.

*LaBerge, Cheney & Hutcheson*, for respondent.

PER CURIAM.—This is a companion case to that of *Sterrett, v. White Pine Sash Company, ante* p. 663, and upon the authority of that case, the judgment will be affirmed.

[No. 24765.   *En Banc.*   July 23, 1934.]

ROY H. REED, *Respondent*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Appellant*.

*The Attorney General* and *Browder Brown, Assistant*, for appellant.

*O. R. Schumann* and *Don M. Tunstall*, for respondent.

### ON REHEARING.

PER CURIAM.—This cause having been argued to a Department of the court on October 30, 1933, and the opinion of the trial court having been affirmed (*ante* p. 33, 27 P. (2d) 1073), and the cause having been thereafter assigned for rehearing *En Banc*, and having been argued to the court sitting *En Banc* on June 4, 1934, and the court having considered the questions presented and the opinion of the Department of this court filed in this cause above referred to, it is ordered that the words,

"and the benefit of the doubt should be given the claimant under the industrial insurance law,"

commencing in the fourth line of the last paragraph of the opinion, be and the same are hereby deleted from the opinion.

A majority of the court adheres to the Departmental opinion as so amended.

[1] Reported in 30 P. (2d) 667.